AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Timothy Tedesco<br><br>*Defendant* | ) Case: 1:24-mj-00018<br>) Assigned To : Moxila A. Upadhyaya<br>) Assign. Date : 1/18/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Timothy Tedesco,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 01/18/2024

*Issuing officer's signature*

City and state:    Washington, D.C.           Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  1/18/2024 , and the person was arrested on *(date)*  1/22/2024
at *(city and state)*  Corpus Christi, TX .

Date:  1/22/2024

*Arresting officer's signature*

Chris Molfte, Special Agent, FBI
*Printed name and title*